Minnie C. Butts, appellee, v. C. A. Erickson and Central Contracting Company, appellants. Gen. No. 34,898.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931.

Cohen & Berke, for appellants; Mayer Goldberg, of counsel. Isidore Vise, for appellee; Menz I. Rosenbaum, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Mildred R. Borre, appellee, v. Anthony J. Borre, appellant. Gen. No. 34,960.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931.

P. J. O'Shea, for appellant. Myron E. Wisch, for appellee; Sidney R. Tarkoff, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Carrie M. Wright, appellee, v. Charles O. Wright, appellant. Gen. No. 35,013.

Heard in the first division of this court for the first district at the February term, 1931. Opinion filed March 23, 1931.

Barratt O'Hara and Ronald C. Oldham, for appellant. Arthur Goldblatt, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Ignatz Szopinski, appellee, v. Helen Klasnja, appellant. Gen. No. 34,726.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 23, 1931.

Thomas A. Green, for appellant; Roy C. Merrick, of counsel. Alden, Latham & Young, for appellee; Wm. L. Quinlan, of counsel.

Mr. Justice McSurely delivered the opinion of the court.